IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN CARLSON, Administrator of the Estate of Rylee Carlson, Deceased, | : : : | |
| Plaintiff, | : : | Case No. CV2-10-552 |
| vs. | : : | JUDGE MARBLEY |
| YAMAHA MOTOR CORPORATION U.S.A., et al., | : : : : | Magistrate Judge Kemp |
| Defendants. | : | |

## ORDER

This matter is before the Court on Defendants' Unopposed Motion to Stay Proceedings. (Dkt. 4). Defendants request a stay pending the Judicial Panel on Multidistrict Litigation's ("MDL") determination as to whether this action should be transferred to the Western District of Kentucky as part of the *In re Yamaha Motor Corp. Rhino ATV Products Liability Litigation*, MDL No. 2016. Defendants notified the MDL Panel that this action is a "tag-along action" to MDL No. 2016 on July 2, 2010. In the interests of judicial efficiency, preventing duplicative litigation, and avoiding inconsistent pretrial rulings, Defendants' Motion to Stay Proceedings is **GRANTED**. This matter is **STAYED** pending the MDL's decision.

IT IS SO ORDERED.

  s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATED: July 7, 2010**